FILED'09 APR 2 16:32USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| FREDDIE BUSBY QUIMBY, | CV. 08-1057 SU |
| Plaintiff, | OPINION AND ORDER |
| v. | |
| KENT AVESON and ASHDOWN PROJECT LLC, | |
| Defendants. | |

REDDEN, Judge:

Magistrate Judge Patricia Sullivan issued Findings and Recommendation (#11) on February 11, 2009, recommending that defendant Ashdown Project's Motion to Dismiss (#4) be granted. The matter is now before this court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

OPINION AND ORDER- 1

When, as here, no objections are filed, the court is not required to review the factual or legal conclusions of the Magistrate Judge. *See, Thomas v. Arn,* 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia,* 328 F.3d 1114, 1121 (9th Cir. 2003).

After review, I agree with Judge Sullivan's Recommendation. There is no legal error. The court adopts Magistrate Judge Sullivan's Findings and Recommendations (#11). Defendant's Motion to Dismiss (#4) is granted.

IT IS SO ORDERED.

Dated this _1_ day of April, 2009.

_____
James A. Redden
United States District Judge


When, as here, no objections are filed, the court is not required to review the factual or legal conclusions of the Magistrate Judge. *See, Thomas v. Arn,* 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia,* 328 F.3d 1114, 1121 (9th Cir. 2003).

After review, I agree with Judge Sullivan's Recommendation. There is no legal error. The court adopts Magistrate Judge Sullivan's Findings and Recommendations (#11). Defendant's Motion to Dismiss (#4) is granted.

IT IS SO ORDERED.

Dated this _1_ day of April, 2009.

_____
James A. Redden
United States District Judge